■ The People of the State of New York, Respondent, v Nicholas DeJesus, Appellant. [825 NYS2d 644]—Judgment, Supreme Court, New York County (Ruth Pickholz, J.), rendered November 8, 2004, convicting defendant, upon his plea of guilty, of robbery in the first degree and attempted assault in the first degree, and sentencing him, as a second felony offender, to concurrent terms of 12 years, unanimously affirmed.

The court properly denied defendant's motion to withdraw his plea. Nothing in defendant's factual recitation negated any element of the crimes to which he pleaded guilty, or cast doubt on his guilt or on the voluntariness of the plea (*see People v Seeber*, 4 NY3d 780 [2005]). Concur—Mazzarelli, J.P., Andrias, Sullivan, Williams and McGuire, JJ.

■ The People of the State of New York, Respondent, v Delvin Espinal, Appellant. [825 NYS2d 644]—Judgment, Supreme Court, Bronx County (Efrain Alvarado, J.), rendered March 1, 2004, as amended April 26, 2006, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree, and sentencing him, as a second felony offender, to a term of six years, unanimously affirmed.

Defendant's constitutional challenge to the procedure under which he was adjudicated as a second felony offender is without merit (*see Almendarez-Torres v United States*, 523 US 224 [1998]). Concur—Mazzarelli, J.P., Andrias, Sullivan, Williams and McGuire, JJ.